IN THE COUNTY COURT
IN AND FOR BROWARD COUNTY, FLORIDA

Absolute Resolutions Investments, LLC,

                              CASE NO: COCE-18-010402

        Plaintiff,        SETTLEMENT STIPULATION

vs.

RICHARD CARLO ,

        Defendant(s).
_____/

    COME NOW, the parties, and hereby stipulate and agree as follows:

    1.  That all of the allegations contained in Plaintiff's Complaint are true and correct.

    2.  That the Defendant(s) shall comply with all of the terms and conditions as set forth within this stipulation and in the event that any payment is not received within five (5) days from the due date, then that shall constitute a default.

    3.  Defendant(s) must make all payments when due.  Payments shall be mailed to Andreu, Palma, Lavin & Solis, PLLC at their office address: 815 NW 57th Avenue, Suite 401, Miami, FL 33126-2363.  Payment(s) of more than the amount of the installment due or down payment shall not relieve the Defendant(s) of its obligations to make the next monthly payment on the date agreed to.  In the event that Defendant(s) fail to make any payment when due then Plaintiff shall be entitled to a Final Judgment for the full amount then owing plus costs and interest.

    4.  It is agreed that Plaintiff shall recover from the Defendant(s) the sum of $350.00, to be paid as follows: the sum of $350.00 due on or before 01/30/2019.

    5.  Payments received by check will be electronically deposited, unless you pay by non-consumer type check.  You may opt out of this program by paying with a money order or a travelers check.

    6.  In the unlikely event your check or payment is returned unpaid, we may elect to electronically or by paper draft re-present your check or payment up to two more times.

    7. A facsimile or copy of this stipulation may be treated as the original.

    8.  That in the event of default, Plaintiff shall be entitled to a Final Judgment

upon filing of notice of default and without notice to Defendant(s) for the principal sum of $2,133.96, plus court costs in the amount of $239.50.  The Defendant(s) shall be given credit for all payments made prior to the date of default.

**9. Please be aware that if the amount of principal debt forgiven as a result of settlement is equal to or greater than $600.00, Razor Capital may be required by Internal Revenue Code Section 6050P to issue a form 1099c.  If you have any questions regarding your personal taxes, it is recommended you consult with a certified public accountant or other tax professional.**

10. Acceptance, by undersigned counsel or Plaintiff, of a late or partial payment does not constitute a novation, waiver, or accord and satisfaction of any of the rights or duties outlined in this stipulation.

11. Any modification of this stipulation must be done in writing and signed by both parties.

12. This agreement has legal terms and has legal implications.  You have the right to have an attorney review it for you.  If you sign this agreement you are voluntarily agreeing to its terms and will be bound by it.

DATED on this _____ day of _____, 20_____.

Andreu, Palma, Lavin & Solis, PLLC
Attorneys Dedicated to Debt Collection
815 NW 57th Avenue, Suite 401
Miami, FL 33126-2363
Tel. (305) 631-0175
Fax. (305) 631-1816
E-mails: pleadings1@andreupalma.com;jpalma@andreupalma.com

By:_____          _____
         Jorge L. Palma, Esq.                                    RICHARD CARLO

File No: 18-00223

**WE ARE DEBT COLLECTORS.  ANY INFORMATION WE OBTAIN MAY BE USED FOR THE PURPOSE OF COLLECTING THIS DEBT**